UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY E. DIAZ, II,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | No. 1:24-cv-01427-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS CASE WITH PREJUDICE AND TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>Docs. 7, 11<br><br>ORDER DENYING SECOND MOTION FOR SUMMARY JUDGMENT AND MOTION TO APPOINT COUNSEL AS MOOT<br><br>Docs. 12, 13 |

Plaintiff Henry E. Diaz II proceeds pro se in this civil case, which is purportedly brought under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 16, 2024, the assigned magistrate judge entered findings and recommendations, recommending that this case be dismissed, with prejudice and without leave to amend, because the complaint, premised on sovereign citizen ideology, is so meritless that the court lacks subject matter jurisdiction. Doc. 11 at 5-6. Alternatively, the magistrate judge noted that dismissal is warranted based on the lack of an attorney representative given that plaintiff appears to attempt to bring suit on behalf of a corporation. *Id.* at 6-7. The magistrate judge also recommended that Diaz's partial motion for summary judgment (Doc. 7) be denied given the

court's lack of subject matter jurisdiction, given the lack of attorney representation, and given that a motion for summary judgment is premature as the defendant in this case has not yet been served or appeared and no discovery has ensued.  Doc. 11 at 7.

After the findings and recommendations were entered, Diaz filed another similar motion for summary judgment and a motion to appoint counsel.  Docs. 12, 13.  Diaz also filed timely objections to the findings and recommendations.  Doc. 14.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Diaz's objections do not undermine the analysis of the findings and recommendations. For the reasons stated in the findings and recommendations, the claims in the complaint are meritless regardless of whether Diaz or his purported corporation is the plaintiff.  Diaz's objections further reflect that his claims based on sovereign citizen ideology and are devoid of merit.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on December 16, 2024, Doc. 11, are ADOPTED IN FULL;
2. This case is DISMISSED, with prejudice and without leave to amend, for lack of subject-matter jurisdiction;
3. Plaintiff's motions for summary judgment and motion to appoint counsel are denied as moot (Docs. 7, 12, 13);
4. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:     January 10, 2025

_____
UNITED STATES DISTRICT JUDGE

2